UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                                              Bankr. Case No. 19-77656-LAS-11

CLIFTON COLE                                                                                                    Chapter 11

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  Bankr. Case No. 19-77656-LAS-11

CLIFTON COLE  Chapter 11

  Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 18, 2019 :

| | |
|---|---|
| BTZALEL HIRSCHHORN<br>8002 KEW GARDENS RD<br>KEW GARDENS, NY  11415 | US TRUSTEE<br>LONG ISLAND FEDERAL COURTHOUSE 5<br>CENTRAL ISLIP, NY  11722 |

By  /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx43464 / 1005513