Jennifer A. Pasquantonio, Esq.
201 Wolfs Lane, 2nd fl.
Pelham, NY 10803
Tel.# (914) 632-6990

*Attorney for R.J. Bruzzano, Jr.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

CLIFTON COLE

Debtor.

Chapter 11

Case # 8-19-77656 (las)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Jennifer A. Pasquantonio, Esq. hereby appears in the above captioned case as attorney for R. J. BRUZZANO, JR. and pursuant to 11 U.S.C. § 1109(b) and the Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010 demands that all notices given in this case and all papers served or filed be given to and served upon the undersigned at the following address:

Jennifer A. Pasquantonio, Esq.
201 Wolfs Lane, 2nd fl.
Pelham, NY 10803
Tel.# (914) 632-6990
Fax: (914) 632-8560
E-mail: jpasquantonio@optonline.net

PLEASE TAKE FURTHER NOTICE, that pursuant to §1109(b) 0f the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the provisions specified above, but also includes without limitation any orders and notices of any application, motion, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, delivery, facsimile transmission, electronically, telephone, or otherwise, that is filed or given in connection with this case and the proceedings herein.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance not any prior or later appearance, pleading, claim or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by and Article III court, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defense, setoffs and recoupments against a debtor or any other entity either in this case of in any other action are expressly reserved.

Dated: Pelham, New York
      November 27, 2019

Respectfully,

By: _____
Jennifer A. Pasquantonio, Esq. (JP1882)
Attorney for R.J. Bruzzano, Jr.
201 Wolfs Lane, 2nd fl.
Pelham, NY 10803
Tel. # (914) 632-6990

Index No.    Year
Case # 19-77656-845 (LAS)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

    CLIFTON COLE    Debtor.

---

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

---

### JENNIFER A. PASQUANTONIO
ATTORNEY AT LAW

Attorney for Secured Creditor: R.J. Bruzzano, Jr.
201 WOLFS LANE PELHAM, NEW YORK 10803
TEL: (914) 632-6990
FAX: (914) 632-8560

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:................................................    Signature..............................................................................................................

    Print Signer's Name..

---

Service of a copy of the within                                                  is hereby admitted.
Dated:

                                               Attorney(s) for

Check Applicable Box

PLEASE TAKE NOTICE

    that the within is a (certified) true copy of a
NOTICE OF   entered in the office of the clerk of the within named Court on
ENTRY

    that an Older of which the within is a true copy will be presented for settlement to the
NOTICE OF   Hon.                               one of the judges of the within named Court,
SETTLEMENT at on   , at    M.

Dated:

                                                                            JENNIFER A. PASQUANTONIO
                                                                            ATTORNEY AT LAW
                                                                            201 WOLFS LANE
                                                                            PELHAM, NEW YORK 10803