Jeffrey C. Daniels, Esq.
Jeffrey C. Daniels, P.C.
4 Carren Circle
Huntington, New York 11743
Tel. (516) 745- 5430
jdaniels@jcdpc.com

Attorney for Stephen LaRosa, Patricia LaRosa &
Irene Nellie Costa

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| CLIFTON COLE | Case # 8-19-77656 (las) |
| Debtor | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PAPERS

PLEASE TAKE NOTICE that Jeffrey C. Daniels, P.C. hereby appears in the above Captioned case as attorney for Stephen LaRosa, Patricia LaRosa and Irene Nellie Costa and pursuant to 11 U.S.C. Section 1109(b) and the Federal Rules of Bankruptcy Procedure 2002. 3017, and 9010 demands that all notices given in this case and all papers served or filed be given to and served upon the undersigned at the following address:

> Jeffrey C. Daniels, Esq.
> 4 Carren Circle
> Huntington, New York 11743
> Tel. (516) 745- 5430
> Fax. (516) 745-8769
> E-Mail: jdaniels@jcdpc.com

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the provisions specified above, but also includes without limitation any orders and notices of any application, motion, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, facsimile transmission, electronically, telephone, or otherwise, that is filed or given in connection with this case and the proceedings herein.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance not any prior or later appearance, pleading, claim or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by and Article III court, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case (iii) any right to have the District Court withdraw the references in any matter subject to mandatory or discretional withdrawal, (iv) an election of remedies, or (v) any other substantive procedural right.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is without prejudice to any other right, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defense, setoffs and recoupments against a debtor or any other entity either in this case or in any other action expressly

reserved.

Dated: Huntington, New York
      December 4, 2019               Respectfully,
                                          Jeffrey C. Daniels, P.C.

                                          By: */s/ jeffrey daniels*
                                          Jeffrey C. Daniels, Esq.
                                          Attorney for Stephen LaRosa, Patricia LaRosa &
                                          Irene Nellie Costa
                                          4 Carren Circle
                                          Huntington, New York 11743
                                          Tel. (516) 745- 5430