UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                       Chapter 11
                                                                                  Case No. 19-77656-las

        CLIFTON COLE,

                Debtor.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as the attorney for David Bishop and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedures and 11 U.S.C§1109(b), demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also, includes, without limitation, orders and notices of any application, motion, schedules, disclosure statement, plan, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, fax or otherwise, which affect or seek to affect in any way any the rights or interests of the undersigned party in interest with respect to the estate of the above named Debtor or the property of the estate of the above named Debtor.

DATED: Islandia, New York                       MACCO LAW GROUP, LLP
           December 19, 2019                      Attorneys for David Bishop

                                                         By:    <u>/s/ Peter Corey</u>
                                                                Peter Corey, Esq.
                                                                2950 Express Drive South
                                                                Suite 109
                                                                Islandia, New York 11749
                                                                631-549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                    Chapter 11
                                                                                              Case No. 19-77656
        CLIFTON COLE,

                Debtor.                                    **AFFIDAVIT OF SERVICE**

-------------------------------------------------------------x
STATE OF NEW YORK      )
COUNTY OF SUFFOLK    )  ss.:

        EILEEN MCMASTER, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Suffolk County, New York.

        On December 19, 2019 deponent served the within

        NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

United States Trustee
Office of the United States Trustee
560 Federal Plaza, Room 561
Central Islip, NY 11722

                                          /s/ Eileen McMaster
                                          EILEEN MCMASTER

Sworn to before me this
19th day of December, 2019

/s/ Loni Bragin
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2023