UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                                            Chapter 11

CLIFTON COLE,                                  Case No.: 19-77656-LAS

                             Debtor.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 2018, 4001, 9007 And 9010, JOSEPH VERICELLA, RAYMOND BUTTIGIEG, and TERRY WOJNO, as their respective interest appear, by its attorneys, The Margolin & Weinreb Law Group LLP, by Alan H. Weinreb, Esq., hereby appears in the above-entitled Chapter 11 case and demands service of all papers and notices of all proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of JOSEPH VERICELLA, RAYMOND BUTTIGIEG, and TERRY WOJNO, as their respective interest appear

Dated: Syosset, New York
      December 26, 2019       **THE MARGOLIN & WEINREB LAW GROUP LLP**
                                            Attorneys for JOSEPH VERICELLA, RAYMOND
                                            BUTTIGIEG, and TERRY WOJNO, as their respective
                                            interest appear

                         By:    */s/ Alan H. Weinreb*
                                 Alan H. Weinreb, Esq.
                                 165 Eileen Way
                                 Syosset, New York 11791
                                 (516) 921-3838
                                 alan@nyfclaw.com