UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

                Case No.: 8-19-77656-las

CLIFTON COLE,

                Chapter 11

                                Debtor.
-----------------------------------------------------------X

### ORDER CONVERTING CASE PURSUANT TO 11 U.S.C. § 1112
### FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE

**WHEREAS** the Clifton Cole ("Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code on November 8, 2019;

**WHEREAS** on December 27, 2019, Debtor moved for an order converting the case from Chapter 11 to Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(a) ("Motion");

**WHEREAS** the Court held a hearing on Debtor's Motion on January 30, 2020;

**WHEREAS** no opposition was interposed to the relief requested; and

**WHEREAS** based upon the record made at the hearing, the Court having found that conversion of the Chapter 11 case to a Chapter 7 case is in the best interests of the Debtor, his estate, creditors, and other parties in interest; and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED:**

1. The Debtor's Motion is granted to the extent provided herein.

2. Pursuant to 11 U.S.C. § 1112(a), the instant Chapter 11 Case is hereby converted to a case under Chapter 7 of the Bankruptcy Code as of the date of entry of this Order.

3. The Debtor shall turn over to the Chapter 7 trustee all records and property of the estate under his custody and control as required by Rule 1019(4) of the Federal Rules of Bankruptcy Procedures ("Bankruptcy Rules").

4. The Debtor shall file a schedule of unpaid, post-petition debts, including the name and address of each creditor, as required by Bankruptcy Rule 1019(5) within fifteen (15) days of the date of this Order.

5. The Debtor shall file the statements and schedules required by Bankruptcy Rules 1019(a)(A) and 1007(b), if such documents have not already been filed, within fifteen (15) days of the date of this Order.

6. Debtor shall file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A) within thirty (30) days from the date of this Order.



**Dated: January 31, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**