UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x    Case No. **8-19-77656-las**
In Re:

CLIFTON COLE

                                          Chapter 7

                    Debtor
------------------------------------------------------------x

## NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that on January 31, 2020, the Court entered, in the chapter 11 cases of the above-captioned debtor, the Order Converting the Chapter 11 cases to Chapter 7 Cases (the "Conversion Order") [Docket No. 31].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit to the United States Trustee for the Eastern District of New York their schedule of unpaid debts incurred after November 8, 2019 (the "Petition Date"), which is attached hereto as Exhibit A.

Dated: February 12, 2020
       Kew Gardens, New York

                                       **Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**

                                       **/S/ Btzalel Hirschhorn**
                                       By:  Btzalel Hirschhorn, Esq.
                                       *Attorney for Debtor*
                                       80-02 Kew Gardens Rd
                                       Suite 600
                                       Kew Gardens, NY 11415
                                       718-263-6800

**EXHIBIT A**

## Schedule of Unpaid Postpetition Debts Incurred after November 8, 2019

Non Professional Fees*

| CLAIMANT | ALLEGED POSTPETITION CLAIM | NOTES |
|---|---|---|
| National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | $150.00 | Claimant requests adequate Assurance of Payment/ Security Deposit. No proof of claim has been filed to date on the docket. |

*\* This chart reflects post-petition claims that have been asserted by the filing of proofs of claim or motions in the Debtors' cases. The Debtors may have received, or may in the future receive, notification of other asserted post-petition claims that have not yet been reviewed or reconciled. Furthermore, the Debtors' Monthly Operating Reports reflect certain post-petition accounts payable that the Debtors believe: (i) are reflected and discussed in the chart above; (ii) have been paid, or otherwise addressed, pursuant to the Order Authorizing and Approving (A) the Sale Of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (B) the Asset Purchase Agreement and Ancillary Agreements; (C) the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Related Relief[Docket No. 252]; or (c) have been otherwise resolved in the ordinary course.*